OPINION — AG — **** GRAND JURY — PETITION — SIGNERS **** A GRAND JURY PETITION IS NOT DEFECTIVE ON ITS FACE BECAUSE OF ITS FAILURE TO ALLEGE THE SIGNERS THEREOF ARE QUALIFIED ELECTORS. A GRAND JURY PETITION WITH SIGNATURES OF A SUFFICIENT NUMBER OF QUALIFIED ELECTORS SHOULD BE ACCEPTED AS VALID ON ITS FACE EVEN THOUGH THE PETITION DOES NOT ALLEGE THE SIGNERS ARE QUALIFIED ELECTORS BUT DOES ALLEGE THE SIGNERS ARE TAXPAYERS. CITE: ARTICLE II, SECTION 18 W. J. MONROE